**133 So.2d 707**

William WEST

v.

**CITY OF BIRMINGHAM.**

6 Div. 758.

Supreme Court of Alabama.

Sept. 14, 1961.

Rehearing Denied Nov. 2, 1961.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., and J. Richmond Pearson, Birmingham, for petitioner.

Watts E. Davis and Wm. C. Walker, Birmingham, opposed.

GOODWYN, Justice.

Petition of William West for certiorari to the Court of Appeals to review and revise the judgment and decision in West v. City of Birmingham, 133 So.2d 707.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.

**133 So.2d 708**

Roosevelt WESTMORELAND

v.

**CITY OF BIRMINGHAM.**

6 Div. 753.

Supreme Court of Alabama.

Sept. 14, 1961.

Rehearing Denied Nov. 2, 1961.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., and J. Richmond Pearson, Birmingham, for petitioner.

Watts E. Davis and Wm. C. Walker, Birmingham, opposed.

GOODWYN, Justice.

Petition of Roosevelt Westmoreland for certiorari to the Court of Appeals to review and revise the judgment and decision in Westmoreland v. City of Birmingham, 133 So.2d 707.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.